FIRST DEPARTMENT, JULY, 1997

(July 31, 1997)*

█ PEOPLE v CARL DUSHAIN. [— NYS2d —] —Motion for reconsideration so as to respond to the People's appeal granted to the extent of assigning counsel who is directed to respond to Appeal No. 60116 upon a reproduced brief within ninety (90) days from the date of entry of order. The decision and order of

*Not published with other First Department decisions of July 31, 1997.

this Court entered on May 6, 1997 (239 AD2d 151) is recalled and vacated and the appeal is held in abeyance pending receipt of appellant's brief. Concur —Milonas, J. P., Ellerin, Nardelli and Tom, JJ.